UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TORIC LAVERN YEARBY,

    Plaintiff,

v.                            Case No.  5:21-cv-142-TKW/MJF

S. CLAYTON, *et al.*,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three strikes statute," 28 U.S.C. §1915(g).  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g).

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of August, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**